### In the Matter of The CARE AND TREATMENT OF William G. CARTER.

#### No. WD 63327.

Missouri Court of Appeals, Western District.

Nov. 2, 2004.

Emmett D. Queener, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Erwin O. Switzer, III, Special Chief Counsel, for Respondent.

Before EDWIN H. SMITH, Chief Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

## ORDER

William G. Carter appeals the circuit court's judgment and order following a jury trial committing him to confinement in the custody of the Department of Mental Health as a sexually violent predator. We affirm. Rule 84.16(b).